IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| USA-NPL, LLC, a New York Limited Liability Company, </br></br> Plaintiff, </br></br> v. </br></br> NATIONAL PICKLEBALL LEAGUE, LLC, a Florida Limited Liability Company </br></br> Defendant. | Case No. 25-cv-01076 |

## UNOPPOSED MOTION FOR EXTENTION OF TIME
## TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff, by and through undersigned counsel, hereby moves the Court to extend the time for Defendant to answer, move, or otherwise respond to the Complaint [Dkt. #1] by thirty (30) days, from October 8, 2025, to November 7, 2025. In support of this motion, Plaintiff would show the Court as follows:

1. Without the requested extension, Defendant's answer or other pleading in response to the Complaint is due on October 8, 2025.

2. No previous extension of time has been requested from this Court by either party.

3. Defendant requires the present extension of time to retain local counsel for this matter, to allow Defendant's out-of-state counsel to file for admission *pro hac vice,* and for Defendant to prepare its response.

4. Both parties have agreed to the requested extension of time. Plaintiff is filling the requested extension of time to document the agreed extension as a courtesy to Defendant because local counsel has not yet been retained by Defendant. The parties agree and stipulate that the requested extension does not waive any defenses, objections, or motions available to Defendant, including those under Fed. R. Civ. P. 12 or any defenses relating to jurisdiction, venue, or service.

5. The requested extension will have no impact on any other deadlines. A scheduling order has not yet been entered in this matter.

6. Plaintiff requests an extension until November 7, 2025 for Defendant to file its answer or other pleading to the Complaint.

WHEREFORE, Plaintiff moves the Court to enter an order extending the date for the Defendant to file its answer or other responsive pleading to the Complaint [Dkt. #1] until November 7, 2025.

Respectfully submitted,

s/Phillip L. Free, Jr.

Phillip L. Free, Jr. OBA#15765
PHILLIP FREE LAW, PLLC
1300 E. 9th Street, Suite 8
Edmond, OK 73034
(405) 446-8811
phil.free@okciplaw.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the clerk of the court will transmit a notice of electronic filing to those registered participants of the ECF system.

s/Phillip L. Free, Jr.
Phillip L. Free, Jr.
