# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

USA-NPL, LLC,  )
a New York Limited Liability Company, )
)
    Plaintiff, )
)
v. )   Case No. CIV-25-01076-JD
)
NATIONAL PICKLEBALL LEAGUE, )
a Florida Limited Liability Company, )
)
    Defendant. )

## ORDER

Before the Court is Defendant's Motion for Leave to File Supplemental Disclosure Statement Under Seal ("Motion"). [Doc. No. 16]. Defendant seeks to file under seal its supplemental disclosure statement identifying constituents of LLC. *See* [Doc. No. 13].

The Court GRANTS the Motion. Defendant National Pickleball League, LLC may file its supplemental disclosure statement under seal, consistent with the Western District of Oklahoma's General Order 25-7 and this *Court's Guidelines for Protective Orders on Confidentiality, Sealing Documents, and Redactions in Civil Cases*. This Order may be revisited, modified, or vacated at any time until the conclusion of this litigation.

IT IS SO ORDERED this 2nd day of December 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE